IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: July 12, 2022 |
| WILLIAM A. MERLINO | : | VIOLATION:<br>18 U.S.C. § 1503 (obstruction of justice – 1 count) |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. On or about December 17, 2019, defendant WILLIAM A. MERLINO was charged by indictment in Criminal Case No. 19-717. After a series of unopposed continuances because of the Covid-19 pandemic, trial was scheduled to commence on October 25, 2021.

2. From at least on or about August 3, 2021, defendant WILLIAM A. MERLINO created false and fraudulent documents in the name of a legitimate medical doctor and a legitimate healthcare provider whom the defendant pretended had diagnosed and was treating the defendant for cancer.

3. From at least on or about August 6, 2021, the defendant WILLIAM A. MERLINO falsely represented to his counsel, the government, and the United States District Court judge assigned to his criminal case that he was suffering from a serious medical condition, that is, pancreatic cancer.

1

4.  From on or about August 3, 2021 to on or about January 10, 2022, in the Eastern District of Pennsylvania and elsewhere, defendant

**WILLIAM A. MERLINO**

corruptly endeavored to influence, obstruct, or impede the due administration of justice in Criminal Case No. 19-717 by creating and submitting to his attorney the following false and fictitious letters and documents, knowing that his attorney would rely on and/or submit these letters and documents to the District Court, in an effort to keep him from having to stand trial on the charges in his case.

| DATE | DOCUMENT |
| --- | --- |
| August 6, 2021 | August 6, 2021 diagnosis letter and August 5, 2021 discharge summary |
| August 9, 2021 | August 6, 2021 diagnosis letter and corrected August 5, 2021 discharge summary |
| January 8, 2022 | January 7, 2022 diagnosis letter |

In violation of Title 18, United States Code, Section 1503.

A TRUE BILL:

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

*[signature]* for

**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

No._____

**UNITED STATES DISTRICT COURT**

*Eastern District of Pennsylvania*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

WILLIAM A. MERLINO

INDICTMENT

18 U.S.C. § 1503 (obstruction of justice – 1 count)

████████████████████████████████████

Filed in open court this _____12th_____ day,

of __July__ A.D. 20__22__

_____
Clerk

Bail, $_____